Abacus_cert.pdf  

Certificate Number: 12459-PAE-CC-034712888



12459-PAE-CC-034712888

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 28, 2020, at 9:10 o'clock AM PDT, Richard Ramos received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  July 28, 2020            By:    /s/Karen Drummond

                                Name:  Karen Drummond

                                Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).